# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

BARRETT N. WEINBERGER

    VS                                                CASE NO.  3:03cv96/RV

RALEIGH INGRAM and MARY MENEFIELD

**REFERRAL AND ORDER**

Referred to Judge Vinson on   07/24/2006
Type of Motion/Pleading  AMENDED MOTION TO RE-OPEN CASE
Filed by: PLAINTIFF            on 7/13/06        Doc. No. 59
( )   Stipulated/Consented/Joint Pleading
RESPONSES:
DEFENDANT MENEFIELD            on 7/21/06        Doc. No. 60
                               on                Doc. No.

WILLIAM M. McCOOL, CLERK OF COURT

/s/ Teresa Cole
Deputy Clerk: Teresa Cole

**ORDER**

Upon consideration of the foregoing, it is ORDERED this   25th  day of  July , 2006, that:

    The judgment entered herein is vacated and set aside as to Defendant Menefield, as provided in the order granting partial summary judgment. The case will remain closed, but I reserve jurisdiction for a period of 12 months from now to re-open the case upon a properly-filed motion by either party setting out good cause to proceed.

/s/ *Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.