## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

BARRETT N. WEINBERGER

    VS                                          CASE NO.  3:03CV96/RV/MD

RALEIGH INGRAM and MARY MENEFIELD

**REFERRAL AND ORDER**

Referred to Judge Vinson on  02/08/2007

Type of Motion/Pleading  PLAINTIFF'S JOINT MOTION TO DISMISS WITH PREJUDICE

Filed by: Plaintiff         on 2/8/07         Doc. No. 62

( X ) Stipulated/Consented/Joint Pleading

RESPONSES:

Defendants                  on 2/8/07         Doc. No. 63
                            on                Doc. No.

WILLIAM M. McCOOL, CLERK OF COURT

*/s/ V. Harmon*
Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is ORDERED this   8th    day of  February      , 2007, that:

(a)   The requested relief is GRANTED.

(b)   This case is dismissed with prejudice.

*/s/ Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.